# Court of Appeals
# of the State of Georgia

ATLANTA,   August 22, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0035.  IBHAR AL MHEID v. SARAH JOHNSON.

Ibhar Al Mheid, proceeding pro se, has filed an Emergency Motion to Stay Partial Order, requesting that this Court "partially stay the property exchange that is part of Protective Order 25PO6718" entered by the Superior Court of DeKalb County on August 8, 2025. Our power to issue emergency orders "shall be exercised sparingly." Court of Appeals Rule 40 (b). We have reviewed the materials submitted in connection with this motion and conclude that Appellant has failed to establish that the exercise of our emergency powers is merited. We thus decline to exercise our limited powers under Rule 40 (b) in this case. The emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  08/22/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*